# United States Bankruptcy Court
## Middle District of Pennsylvania

**IN RE:**                                                            Case No. **1:15-bk-01885**

**Quality Wholesale, Inc.**                                          Chapter **7**

<p align="center">Debtor(s)</p>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 370,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 65,572.04 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 132,234.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | $ 996,500.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 32 | $ 370,000.00 | $ 1,194,307.17 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Quality Wholesale, Inc.                                    Case No. **1:15-bk-01885**

Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**         Case No. **1:15-bk-01885**
<div align="center">Debtor(s)                                                (If known)</div>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M & T Bank**<br>**General Account**<br><br>**Members 1st Federal Credit Union**<br>**Payroll account** | | 0.00<br><br>0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**                                                       Case No. **1:15-bk-01885**

_____
Debtor(s)                                                                                           (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Judgment vs. Sean Myers** | | **7,000.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer list** | | **unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Freezer trailer** | | **5,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, furnishings, and supplies** | | **8,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Cash registers** | | **30,000.00** |
| | | **Inventory** | | **300,000.00** |
| | | **Shelving and racking** | | **10,000.00** |
| | | **Two forklifts** | | **10,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**                                    Case No. **1:15-bk-01885**
_____                    _____
                        Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **370,000.00** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**                                     Case No. **1:15-bk-01885**
_____                          _____
Debtor(s)                                                               (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

IN RE **Quality Wholesale, Inc.**                                    Case No. **1:15-bk-01885**
_____
Debtor(s)                                                                 (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SANTANDER BANK, N.A.<br>2 ALDWYN CENTER<br>EAST LANCASTER AVENUE & ALDWYN LANE<br>VILLANOVA, PA  19085-1420 | X | | **Date Claim Incurred: 03/16/2012**<br>**Nature of Lien: Security interest in all assets of debtor**<br><br>VALUE $ **370,000.00** | | | | 65,572.04 | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |

**0** continuation sheets attached

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **65,572.04** | $ |
| Total<br>(Use only on last page) | $ **65,572.04** | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Quality Wholesale, Inc.**                                        Case No. **1:15-bk-01885**
_____
                    Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **3** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Quality Wholesale, Inc.**                                          Case No. **1:15-bk-01885**
_____
Debtor(s)                                                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CANDYMAN**<br>**PO BOX 3208**<br>**WILSON, NC 27895** | | | **Date Claim Incurred: 2014**<br>**Consideration for Claim:**<br>**Commissions** | | | | 5,901.68 | 5,901.68 | |
| ACCOUNT NO.<br>**CLUB'S CHOICE FUNDRAISING**<br>**3421 TRUAX COURT**<br>**EAU CLAIRE, WI 54703** | | | **Date Claim Incurred: 2014**<br>**Consideration for Claim:**<br>**Commissions** | | | | 20,549.51 | 20,549.51 | |
| ACCOUNT NO.<br>**DONNA GUARNIERI**<br>**1133 E. MARKET STREET**<br>**WARREN, OH 44484** | | | **Date Claim Incurred: 2014**<br>**Consideration for Claim:**<br>**Commissions** | | | | 7,375.57 | 7,375.57 | |
| ACCOUNT NO.<br>**GREAT WESTERN RESERVE**<br>**3235 MANCHESTER ROAD**<br>**AKRON, OH 44319** | | | **Date Claim Incurred: 2014**<br>**Consideration for Claim:**<br>**Commissions** | | | | 26,476.57 | 26,476.57 | |
| ACCOUNT NO.<br>**JOE AND LACEY WILLIAMS**<br>**1578 FM431**<br>**LOTT, TX 76656** | | | **Date Claim Incurred: 2014**<br>**Consideration for Claim:**<br>**Commissions** | | | | 7,500.00 | 7,500.00 | |
| ACCOUNT NO.<br>**KAREN KREISLER**<br>**1885 CREEK NINE DRIVE**<br>**NORTH PORT, FL 34291** | | | **Date Claim Incurred: 2014**<br>**Consideration for Claim:**<br>**Commissions** | | | | 5,230.04 | 5,230.04 | |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 73,033.37 | $ 73,033.37 | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**                    Case No. **1:15-bk-01885**
_____                    _____
                Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **KEYSTONE SALES** <br> **2608 MESSINGER LANE** <br> **WHITE OAK, PA  15131** | | | **Date Claim Incurred: 2014** <br> **Consideration for Claim:** <br> **Commissions** | | | | **17,152.88** | **17,152.88** | |
| ACCOUNT NO. <br> **MERRYMAN** <br> **10430 LOMA BLANCA DR. W.** <br> **SUN CITY, AZ  85351** | | | **Date Claim Incurred: 2014** <br> **Consideration for Claim:** <br> **Commissions** | | | | **15,622.56** | **15,622.56** | |
| ACCOUNT NO. <br> **MIKE BEVERLY** <br> **900 DAYBREAK DRIVE** <br> **FRUITLAND PARK, FL  34731** | | | **Date Claim Incurred: 2014** <br> **Consideration for Claim:** <br> **Commissions** | | | | **14,702.51** | **14,702.51** | |
| ACCOUNT NO. <br> **MIKE QUIRK** <br> **3865 HOWLETT HILL ROAD** <br> **SYRACUSE, NY  13215** | | | **Date Claim Incurred: 2014** <br> **Consideration for Claim:** <br> **Commission** | | | | **1,779.21** | **1,779.21** | |
| ACCOUNT NO. <br> **RIVER CITY FUNDRAISING** <br> **JEFF SHEPLER** <br> **6919 O'NEIL COURT** <br> **WICHITA, KS  67212** | | | **Date Claim Incurred: 2014** <br> **Consideration for Claim:** <br> **Commissions** | | | | **912.41** | **912.41** | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)  $ **50,169.57**   $ **50,169.57**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $     $

*© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

IN RE **Quality Wholesale, Inc.**         Case No. **1:15-bk-01885**
_____
Debtor(s)                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CUMBERLAND COUNTY TAX BUREAU 21 WATERFORD DRIVE SUITE 201 MECHANICSBURG, PA 17050** | | | **Date Claim Incurred: 1st Quarter of 2015 Consideration for Claim: Payroll taxes** | | | | **1,500.05** | **1,500.05** | |
| ACCOUNT NO. <br> **PA DEPT OF LABOR & INDUSTRY OFFICE OF UC TAX SERVICES PO BOX 60848 HARRISBURG, PA 17106-0848** | | | **Date Claim Incurred: 1st Quarter of 2015 Consideration for Claim: Unemployment compensation taxes** | | | | **7,531.48** | **7,531.48** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims     Subtotal (Totals of this page)    $ **9,031.53**    $ **9,031.53**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **132,234.47**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **132,234.47**   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Quality Wholesale, Inc.

Case No. **1:15-bk-01885**

Debtor(s)              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**3 MONKEYS INFLATABLES**<br>**213 FLEETWOOD DRIVE**<br>**RED LION, PA 17356** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Renting inflatables** | | | | 1,200.00 |
| ACCOUNT NO.<br><br>**ADVANCE DISPOSAL**<br>**6330 ROUTE 219**<br>**BROCKWAY, PA 15824** | | | **Date Claim Incurred:**<br>**Consideration for Claim: Disposal services** | | | | 380.50 |
| ACCOUNT NO.<br><br>**ALEXANDER HAMILTON ELEMENTARY**<br>**ATTN ANDREA REINHART**<br>**44 WESTFALL DRIVE**<br>**TONAWANDA, NY 14150** | | | **Date Claim Incurred: 12/12/2014**<br>**Consideration for Claim: Sales incentives** | | | | 128.70 |
| ACCOUNT NO.<br><br>**AMSCAN**<br>**80 GRASSLANDS RD**<br>**ELMSFORD, NY 10523** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Purchase of inventory** | | | | 13,526.37 |

**19** continuation sheets attached

Subtotal (Total of this page) $ **15,235.57**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**                                    Case No. **1:15-bk-01885**
_____
                     Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ARNOLD MILL ELEMENTARY<br>ATTN CYNDIE HERRICK<br>710 ARNOLD MILL ROAD<br>WOODSTOCK, GA 30188 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 500.00 |
| ACCOUNT NO.<br>BENNETT VENTURE SCHOOL<br>ATTN ASHLEY DAVIS<br>5130 BENNETT ROAD<br>TOLEDO, OH 43612 | | | Date Claim Incurred: 12/2014<br>Consideration for Claim: Sales incentives | | | | 300.00 |
| ACCOUNT NO.<br>BRADFORD ELEMENTARY<br>ATTN HOLLY HILL<br>760 RAILROAD AVENUE<br>BRADFORD, OH 45308 | | | Date Claim Incurred: 12/2014<br>Consideration for Claim: Sales incentives | | | | 200.00 |
| ACCOUNT NO.<br>BROOKFIELD ELEMENTARY<br>ATTN CHARLENE KELLEY<br>37 CENTRAL STREET<br>BROOKFIELD, MA 01506 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 200.00 |
| ACCOUNT NO.<br>C & I COLLECTIBLES<br>250 CLEARBROOK ROAD<br>ELMSFORD, NY 10523 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Purchase of inventory | | | | 3,676.00 |
| ACCOUNT NO.<br>CAMPBELLSBURG ELEMENTARY<br>ATTN MARY MCMANIS<br>270 CARDINAL DRIVE<br>CAMPBELLSBURG, KY 40011 | | | Date Claim Incurred: 12/05/2015<br>Consideration for Claim: Sales incentives | | | | 125.19 |
| ACCOUNT NO.<br>CAROLINA FOREST ACADEMY<br>ATTN DENISE MOHE<br>285 CAROLINA FOREST BLVD<br>MYRTLE BEACH, SC 29579 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 400.00 |

Sheet no. **1** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,401.19**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

*© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

IN RE **Quality Wholesale, Inc.**          Case No. **1:15-bk-01885**
_____
       Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CATAWBA SPRINGS ELEMENTARY**<br>**ATTN KIM WARREN**<br>**206 NORTH LITTLE EGYPT ROAD**<br>**DENVER, NC 28037** | | | **Date Claim Incurred: 12/12/2014**<br>**Consideration for Claim: Sales incentives** | | | | **719.44** |
| ACCOUNT NO.<br>**CEDARWOOD ELEMENTARY**<br>**ATTN TISHA BROUUSARD**<br>**2851 PALO ALTO AVENUE**<br>**CLOVIS, CA 93611** | | | **Date Claim Incurred: 12/12/2014**<br>**Consideration for Claim: Sales incentives** | | | | **282.00** |
| ACCOUNT NO.<br>**CENTER SCHOOL**<br>**ATTN AMY COTE**<br>**462 OXFORD ROAD**<br>**OXFORD, CT 06478** | | | **Date Claim Incurred: 12/12/2014**<br>**Consideration for Claim: Sales incentives** | | | | **285.60** |
| ACCOUNT NO.<br>**CENTURYLINK**<br>**PO BOX 1319**<br>**CHARLOTTE, NC 28201** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Phone service** | | | | **893.65** |
| ACCOUNT NO. **3652**<br>**CHASE BUSINESS INK VISA**<br>**CARDMEMBER SERVICE**<br>**PO BOX 15153**<br>**WILMINGTON, DE 19886-5153** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Business credit card** | | | | **2,536.62** |
| ACCOUNT NO. **3941**<br>**CHASE BUSINESS MILEAGE PLUS**<br>**CARDMEMBER SERVICE**<br>**PO BOX 15153**<br>**WILMINGTON, DE 19886-5153** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Business credit card** | | | | **13,241.44** |
| ACCOUNT NO. **1708**<br>**CHASE MASTERCARD**<br>**CARDMEMBER SERVICE**<br>**PO BOX 15153**<br>**WILMINGTON, DE 19886-5153** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Business credit card** | | | | **31,155.48** |

Sheet no. **2** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **49,114.23**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**
_____
Debtor(s)

Case No. **1:15-bk-01885**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHERRY HILL PRIMARY<br>ATTN KRISTEN HOLMES<br>720 OAKLAND AVENUE<br>WASHINGTON COURT HOUSE, OH 43160 | | | Date Claim Incurred: 12/18/2014<br>Consideration for Claim: Sales incentives | | | | 216.68 |
| ACCOUNT NO.<br><br>CINCINNATI INSURANCE<br>PO BOX 145620<br>CINCINNATI, OH 00000 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Business insurance | | | | 2,599.00 |
| ACCOUNT NO.<br><br>CLARK CREEK VALLEY STEM ACADEMY<br>ATTN JENNIFER CALLAWAY<br>3219 HUNT ROAD<br>ACWORTH, GA 30102 | | | Date Claim Incurred: 12/18/2014<br>Consideration for Claim: Sales incentives | | | | 435.05 |
| ACCOUNT NO.<br><br>CLEARSPRING ELEMENTARY<br>ATTN KATE GROVES<br>9930 MOYER ROAD<br>DAMASCUS, MD 20872 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 58.84 |
| ACCOUNT NO.<br><br>CLINTON TOWNSHIP SCHOOL<br>ATTN TRACY PARISI<br>34 GRAYROCK ROAD<br>CLINTON, NJ 08809 | | | Date Claim Incurred: 12/06/2015<br>Consideration for Claim: Sales incentives | | | | 300.00 |
| ACCOUNT NO.<br><br>CRANBERRY STATION ELEMENTARY<br>ATTN AIMEE SCHULTZ<br>505 NORTH CENTER STREET<br>WESTMINSTER, MD 21157 | | | Date Claim Incurred: 12/19/2014<br>Consideration for Claim: Sales Incentives | | | | 127.14 |
| ACCOUNT NO.<br><br>D.M. MERCHANDISING<br>835 N. CHURCH CT.<br>ELMHURST, IL 60126 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Purchase of inventory | | | | 17,665.68 |

Sheet no. **3** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,402.39**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Quality Wholesale, Inc.**                                      Case No. **1:15-bk-01885**
_____                               _____
               Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DANVILLE PRIMARY SCHOOL<br>ATTN PATTY WHITENIGHT<br>604 WALNUT STREET<br>DANVILLE, PA 17821 | | | Date Claim Incurred: 12/16/2014<br>Consideration for Claim: Sales incentives | | | | 285.10 |
| ACCOUNT NO.<br>DEX MEDIA<br>PO BOX 9001401<br>LOUISVILLE, KY 40290 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Yellow Pages | | | | 145.91 |
| ACCOUNT NO.<br>EASTANOLLEE ELEMENTARY<br>ATTN AMANDA SHERIFF<br>50 LIVESTOCK ROAD<br>EASTANOLLEE, GA 30538 | | | Date Claim Incurred: 12/05/2014<br>Consideration for Claim: Sales incentives | | | | 51.08 |
| ACCOUNT NO.<br>EASTERN ALLIANCE INSURANCE GROUP<br>PO BOX 206<br>EAST PETERSBURG, PA 17520 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Workers Compensation Insurance | | | | 1,446.00 |
| ACCOUNT NO.<br>EDWARDSBURG EAGLE LAKE<br>ATTN ANGEL ACKERSON<br>69410 SECTION STREET<br>EDWARDSBURG, MI 49112 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 360.81 |
| ACCOUNT NO.<br>ELMWOOD ELEMENTARY<br>ATTN JENNIFER HARTMAN<br>100 EAST ELMWOOD AVENUE<br>MECHANICSBURG, PA 17055 | | | Date Claim Incurred: 12/05/2014<br>Consideration for Claim: Sales incentives | | | | 200.00 |
| ACCOUNT NO.<br>ENON PRIMARY SCHOOL<br>ATTN REBECCA SPENCE<br>120 SOUTH XENIA DRIVE<br>ENON, OH 45323 | | | Date Claim Incurred: 12/11/2014<br>Consideration for Claim: Sales Incentives | | | | 200.00 |

Sheet no. **4** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,688.90**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Quality Wholesale, Inc.**                                                     Case No. **1:15-bk-01885**
_____                                    _____
Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ENRICO TONTI ELEMENTARY**<br>**ATTN OLIVIA RODELA**<br>**5815 SOUTH HOMAN AVENUE**<br>**CHICAGO, IL 60629** | | | Date Claim Incurred: 12/18/2014<br>Consideration for Claim: Sales incentives | | | | **402.00** |
| ACCOUNT NO.<br>**EWING ELEMENTARY/FAMILY FOCUS**<br>**ATTN WILMA LEE**<br>**5651 ELIZAVILLE ROAD**<br>**EWING, KY 41039** | | | Date Claim Incurred: 12/05/2014<br>Consideration for Claim: Sales incentives | | | | **50.10** |
| ACCOUNT NO.<br>**FAIRVIEW ELEMENTARY**<br>**ATTN SHEILA EYLER**<br>**220 FAIRVIEW AVENUE**<br>**WAYNESBORO, PA 17268** | | | Date Claim Incurred: 12/11/2014<br>Consideration for Claim: Sales incentives | | | | **52.56** |
| ACCOUNT NO.<br>**FEDEX SERVICES**<br>**PO BOX 371461**<br>**PITTSBURGH, PA 15250** | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Shipping | | | | **1,043.03** |
| ACCOUNT NO.<br>**FILSON WATER**<br>**11 ROADWAY DRIVE**<br>**STE A**<br>**CARLISLE, PA 17015** | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Water cooler rentals | | | | **134.30** |
| ACCOUNT NO.<br>**FIRST DATA MERCHANT SERVICES**<br>**PO BOX 17548**<br>**DENVER, CO 80217** | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Credit card processing | | | | **185.02** |
| ACCOUNT NO.<br>**FOREST CITY DUNBAR ELEMENTARY**<br>**ATTN ANGELA CRAWFORD**<br>**286 LEARNING PARKWAY**<br>**FOREST CITY, NC 28043** | | | Date Claim Incurred: 12/08/2014<br>Consideration for Claim: Sales incentives | | | | **108.39** |

Sheet no. **5** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,975.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**                                    Case No. **1:15-bk-01885**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**FREMONT ELEMENTARY**<br>**ATTN MICHELLE MOSS**<br>**501 WEST TOLEDO**<br>**FREMONT, IN 46737** | | | **Date Claim Incurred: 12/05/2014**<br>**Consideration for Claim: Sales incentives** | | | | 355.30 |
| ACCOUNT NO.<br>**FUN EXPRESS**<br>**PO BOX 14463**<br>**DES MOINES, IA 50306** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Purchase of Inventory** | | | | 16,375.81 |
| ACCOUNT NO.<br>**GIGGLETIME INC.**<br>**PO BOX 1759**<br>**BISHOP, CA 93515** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Purchase of Inventory** | | | | 97.04 |
| ACCOUNT NO.<br>**GREAT OAK MIDDLE SCH/ QUAKER FARM SCH**<br>**ATTN AMY COTE**<br>**50 GREAT OAK ROAD**<br>**OXFORD, CT 06478** | | | **Date Claim Incurred: 12/18/2014**<br>**Consideration for Claim: Sales incentives** | | | | 58.20 |
| ACCOUNT NO.<br>**GREAT WESTERN RESERVE**<br>**PO BOX 19026**<br>**AKRON, OH 44319** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Purchase of inventory** | | | | 148,053.67 |
| ACCOUNT NO.<br>**GREEN RIDGE ELEMENTARY**<br>**ATTN LYNN BAESHORE**<br>**1 GREEN RIDGE ROAD**<br>**MECHANICSBURG, PA 17050** | | | **Date Claim Incurred: 12/16/2014**<br>**Consideration for Claim: Sales incentives** | | | | 812.65 |
| ACCOUNT NO.<br>**GTS-WELCO**<br>**PO BOX 38200**<br>**PITTSBURGH, PA 15250** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Gas tank rentals** | | | | 3,020.38 |

Sheet no. **6** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **168,773.05**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**                                    Case No. **1:15-bk-01885**

_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> HARRISON PARK ELEMENTARY <br> ATTN ROBIN SIR LOUIS <br> 10 DELL AVENUE <br> JENNETTE, PA  15644 | | | Date Claim Incurred: 12/10/2014 <br> Consideration for Claim: Sales incentives | | | | 100.00 |
| ACCOUNT NO. <br> HARTLY ELEMENTARY <br> ATTN TAMMY MEGILL <br> 2617 ARTHURSVILLE ROAD <br> HARTLY, DE  19953 | | | Date Claim Incurred: 12/12/2014 <br> Consideration for Claim: Sales incentives | | | | 180.80 |
| ACCOUNT NO. <br> HATTON ELEMENTARY <br> ATTN TAMMY JOSEPH <br> 50 SPRING LAKE ROAD <br> SOUTHINGTON, CT  06489 | | | Date Claim Incurred: 12/11/2014 <br> Consideration for Claim: Sales incentives | | | | 592.60 |
| ACCOUNT NO. <br> HAYES SPECIALTIES <br> 1761 EAST GENESEE <br> SAGINAW, MI  48601 | | | Date Claim Incurred: 2013-2014 <br> Consideration for Claim: Purchase of Inventory | | | | 1,092.00 |
| ACCOUNT NO. <br> HEALTH ASSURANCE PA INC. <br> PO BOX 6506 <br> CAROL STREAM, IL  60197 | | | Date Claim Incurred: 2013-2014 <br> Consideration for Claim: Group health premiums | | | | 3,658.40 |
| ACCOUNT NO. <br> HESSE K8 SCHOOL <br> ATTN VICKI BRADLEY <br> 9116 WHITFIELD AVENUE <br> SAVANNAH, GA  31406 | | | Date Claim Incurred: 12/12/2014 <br> Consideration for Claim: Sales incentives | | | | 378.15 |
| ACCOUNT NO. <br> HINKLE CREEK ELEMENTARY <br> ATTN TRACY SMITH <br> 595 S. HARBOUR DRIVE <br> NOBLESVILLE, IN  46062 | | | Date Claim Incurred: 12/12/2014 <br> Consideration for Claim: Sales incentives | | | | 500.00 |

Sheet no. **7** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,501.95**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Quality Wholesale, Inc.                                    Case No. 1:15-bk-01885
_____                                 _____
            Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HOLY CROSS ELEMENTARY<br>ATTN YOLANDA HAYNES<br>144 EAST MOUNT AIRY AVENUE<br>PHILADELPHIA, PA 19119 | | | Date Claim Incurred: 12/05/2014<br>Consideration for Claim: 25 teacher mugs | | | | unknown |
| ACCOUNT NO.<br><br>HOLY GUARDIAN ANGELS SCHOOL<br>ATTN SHANNON BRODEN<br>3125 KUTZTOWN ROAD<br>READING, PA 19605 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 500.00 |
| ACCOUNT NO.<br><br>HORACE ELEMENTARY SCHOOL<br>ATTN MILLIE KIDDER<br>110 3RD AVENUE<br>HORACE, ND 58047 | | | Date Claim Incurred: 12/15/2014<br>Consideration for Claim: Sales incentives | | | | 63.48 |
| ACCOUNT NO.<br><br>HUBBARD SCHOOL<br>ATTN TIFFANY HOWES<br>139 GROVE STREET<br>EAST BERLIN, CT 06023 | | | Date Claim Incurred: 12/16/2014<br>Consideration for Claim: Sales incentives | | | | 200.00 |
| ACCOUNT NO.<br><br>IMPORT DESIGNS<br>1220 TEXAN TRAIL #205<br>GRAPEVINE, TX 76051 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Purchase of Inventory | | | | 3,026.04 |
| ACCOUNT NO.<br><br>INDIAN VALLEY ELEMENTARY<br>ATTN SABRINA NORTH<br>510 S. XENIA DRIVE<br>EATON, OH 45323 | | | Date Claim Incurred: 12/11/2014<br>Consideration for Claim: Sales incentives | | | | 117.45 |
| ACCOUNT NO.<br><br>JAM PACKAGING<br>290 ILLINOIS STREET<br>EAST DUNDEE, IL 60118 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Purchase of Inventory | | | | 17,679.54 |

Sheet no. __8__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 21,586.51

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**        Case No. **1:15-bk-01885**

Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JOHN M. CLAYTON ELEMENTARY<br>ATTN LISA ASHMAN<br>252 CLAYTON AVENUE<br>FRANKFORD, DE 19945 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 203.96 |
| ACCOUNT NO.<br>KIDS IMPORT<br>300 JERICHO QUADRANGLE<br>STE 240 WEST<br>JERICHO, NY 11753 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Purchase of Inventory | | | | 1,434.02 |
| ACCOUNT NO.<br>KINGSBURG ELEMENTARY<br>ATTN MYLENE PABLO-DYKE<br>825 KINGSBURY DRIVE<br>SUMTER, SC 29154 | | | Date Claim Incurred: 12/19/2014<br>Consideration for Claim: Sales incentives | | | | 251.62 |
| ACCOUNT NO.<br>KIS HOLDINGS LLC<br>201 WATERFORD WAY<br>LEBANON, PA 17042 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Rental of business premises | | | | 90,000.00 |
| ACCOUNT NO.<br>KNOWLTON TOWNSHIP ELEMENTARY<br>ATTN KIMBERLY NEEB<br>80 RL 46<br>DELAWARE, NJ 07833 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 200.00 |
| ACCOUNT NO.<br>LAKE FOREST EAST ELEMENTARY<br>ATTN JESSICA MASTRIANA<br>124 WEST FRONT STREET<br>FREDERICA, DE 19946 | | | Date Claim Incurred: 12/19/2014<br>Consideration for Claim: Sales incentives | | | | 300.00 |
| ACCOUNT NO.<br>LAYFAYETTE INTERMEDIATE SCHOOL<br>ATTN TERRI GOODMAN<br>71 INSLEE STREET<br>WATERLOO, NY 13165 | | | Date Claim Incurred: 12/15/2014<br>Consideration for Claim: Sales incentive | | | | 60.88 |

Sheet no. **9** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **92,450.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**       Case No. **1:15-bk-01885**
_____
<span>Debtor(s)</span>                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LEAF FUNDING <br> PO BOX 644006 <br> CINCINNATI, OH 45264-4006 | | | Date Claim Incurred: <br> Consideration for Claim: Money owed for lease of two copiers | | | | 1,837.26 |
| ACCOUNT NO. <br> LENDING CLUB <br> 71 STEVENSON STREET <br> STE 300 <br> SAN FRANCISCO, CA 94105 | X | | Date Claim Incurred: <br> Consideration for Claim: Loan | | | | 80,885.20 |
| ACCOUNT NO. <br> LYMAN ELEMENTARY <br> ATTN TINA DOANE <br> 1221 HOLLY SPRINGS ROAD <br> LYMAN, SC 29365 | | | Date Claim Incurred: 12/11/2014 <br> Consideration for Claim: Sales incentives | | | | 209.68 |
| ACCOUNT NO. <br> MAJESTIC SPORTS BRANDS <br> PO BOX 4452 <br> CHERRY HILL, NJ 08034 | | | Date Claim Incurred: 2013-2014 <br> Consideration for Claim: Purchase of Inventory | | | | 2,608.28 |
| ACCOUNT NO. <br> MARKHAM ELEMENTARY <br> ATTN LYNN COLLINS <br> 165 CRESCENT DRIVE <br> PITTSBURGH, PA 15228 | | | Date Claim Incurred: 12/05/2014 <br> Consideration for Claim: Sales incentives | | | | 300.00 |
| ACCOUNT NO. <br> MAYFLOWERS DISTRIBUTORS INC. <br> 115 MEDALLION DRIVE <br> MENDOTA HEIGHTS, MN 55120 | | | Date Claim Incurred: 2013-2014 <br> Consideration for Claim: Purchase of Inventory | | | | 1,488.12 |
| ACCOUNT NO. <br> MID-ATLANTIC INDUSTRIAL EQUIPMENT <br> PO BOX 4437 <br> HARRISBURG, PA 17111 | | | Date Claim Incurred: 2013-2014 <br> Consideration for Claim: Account service fees | | | | 1,709.45 |

Sheet no. **10** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal
        (Total of this page) $ **89,037.99**

        Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

<span style="writing-mode: vertical-rl;">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

**IN RE Quality Wholesale, Inc.**        Case No. **1:15-bk-01885**

<u>Debtor(s)</u>                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

*© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MIDLAND #1 SCHOOL<br>ATTN DEBBIE LEAKAS<br>300 ROCHELLE AVENUE<br>ROCHELLE PARK, NJ 07662 | | | Date Claim Incurred: 12/05/2014<br>Consideration for Claim: Sales incentives | | | | 130.86 |
| ACCOUNT NO.<br><br>MONOGAH ELEMENTARY<br>ATTN KRISTIN CUNNINGHAM<br>628 WALNUT STREET<br>MONOGAH, WV 26554 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 190.32 |
| ACCOUNT NO.<br><br>MONTEREY ELEMENTARY<br>ATTN PATTI PATTON<br>4501 OLIVER ROAD<br>ROANOKE, VA 24012 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 300.00 |
| ACCOUNT NO.<br><br>MORGAN COUNTY PRIMARY<br>ATTN CARLA JARMAN<br>993 EAST AVENUE<br>MADISON, GA 30650 | | | Date Claim Incurred: 12/05/2014<br>Consideration for Claim: Sales incentives | | | | 110.49 |
| ACCOUNT NO.<br><br>MT. CARMEL ELEMENTARY<br>ATTN LUCY WALTERS<br>2356 FAIRBURN ROAD<br>DOUGLASVILLE, GA 30135 | | | Date Claim Incurred: 12/05/2014<br>Consideration for Claim: Sales incentives | | | | 63.68 |
| ACCOUNT NO.<br><br>MUTUAL ELEMENTARY<br>ATTN BETH RODENHAVER<br>1455 BALL ROAD<br>PORT REPUBLIC, MD 20676 | | | Date Claim Incurred: 12/15/2014<br>Consideration for Claim: Sales incentives | | | | 200.00 |
| ACCOUNT NO.<br><br>NATHAN T. HALL ELEMENTARY<br>ATTN NATALIA CONATY<br>86 WHIG STREET<br>NEWARK VALLEY, NY 13811 | | | Date Claim Incurred: 12/05/2014<br>Consideration for Claim: 35 teacher mugs | | | | unknown |

Sheet no. **11** of **19** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 995.35

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Quality Wholesale, Inc.**          Case No. **1:15-bk-01885**

_____
Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NATIONAL IMPORTS**<br>**2052 AMBER DRIVE**<br>**SPRING HILL, TN 37174** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Purchase of Inventory** | | | | 95,734.92 |
| ACCOUNT NO.<br>**NATIONAL IMPORTS**<br>**2052 AMBER DRIVE**<br>**SPRING HILL, TN 37174** | | | **Date Claim Incurred:**<br>**Consideration for Claim: Loan** | | | | 195,000.00 |
| ACCOUNT NO.<br>**NATIVITY CATHOLIC SCHOOL**<br>**ATTN CATHLEEN WARNER**<br>**6398 NATIVITY LANE**<br>**BURKE, VA 22015** | | | **Date Claim Incurred: 12/12/2014**<br>**Consideration for Claim: Sales incentives** | | | | 66.46 |
| ACCOUNT NO.<br>**NORTH DICKINSON ELEMENTARY**<br>**ATTN AMANDA KISTLER**<br>**151 N. DICKINSON SCHOOL RD**<br>**CARLISLE, PA 17015** | | | **Date Claim Incurred: 12/16/2014**<br>**Consideration for Claim: Sales incentives** | | | | 200.00 |
| ACCOUNT NO.<br>**OCEAN CITY ELEMENTARY**<br>**ATTN ANGELA SHORT**<br>**12828 CENTER DRIVE**<br>**OCEAN CITY, MD 21842** | | | **Date Claim Incurred: 12/09/2014**<br>**Consideration for Claim: Sales incentives** | | | | 455.55 |
| ACCOUNT NO. **4437**<br>**ON DECK**<br>**901 NORTH STUART STREET**<br>**STE. 700**<br>**ARLINGTON, VA 22203** | X | | **Date Claim Incurred:**<br>**Consideration for Claim: Loan** | | | | 37,838.04 |
| ACCOUNT NO.<br>**ORRSTOWN FINANCIAL ADVISORS**<br>**PO BOX 250**<br>**SHIPPENSBURG, PA 17257** | | | **Date Claim Incurred: 2013-2014**<br>**Consideration for Claim: Purchase of Inventory** | | | | 500.00 |

Sheet no. **12** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **329,794.97**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

*© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

**IN RE** Quality Wholesale, Inc.        Case No. **1:15-bk-01885**

<u>Debtor(s)</u>        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-lr">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PAPER FIRST AFFILIATES<br>3021 CITRUS CIRCLE<br>STE 230<br>WALNUT CREEK, CA 94598 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Membership charge | | | | 676.00 |
| ACCOUNT NO.<br><br>PERRY BLACKBURN INC.<br>330 WOONASQUATUCKET AVE<br>NORTH PROVIDENCE, RI 02911 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Purchase of Inventory | | | | 1,675.07 |
| ACCOUNT NO.<br><br>PETERSHAM CENTER SCHOOL<br>ATTN KERRI LYDEN<br>31 SPRING STREET<br>PETERSHAM, MA 01366 | | | Date Claim Incurred: 12/10/2014<br>Consideration for Claim: Sales incentives | | | | 150.00 |
| ACCOUNT NO.<br><br>PLEASANT HILL ELEMENTARY<br>ATTN KAREN CROSBY<br>7686 PLEASAANT HILL RD<br>OLIVE BRANCH, MS 38654 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales Incentives | | | | 391.40 |
| ACCOUNT NO.<br><br>PLS LOGISTICS SERVICES<br>5119 RELIABLE PKWY<br>CHICAGO, IL 60686 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Freight charges | | | | 1,808.61 |
| ACCOUNT NO.<br><br>PP&L<br>2 NORTH 9TH STREET<br>RPC-GENN1<br>ALLENTOWN, PA 18101-1175 | | | Date Claim Incurred: 2-13-2014<br>Consideration for Claim: Electric service | | | | 1,808.61 |
| ACCOUNT NO.<br><br>RHODE ISLAND NOVELTY<br>PO BOX 9278<br>FALL RIVER, MA 02720 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Purchase of Inventory | | | | 11,919.15 |

Sheet no. **13** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **18,428.84**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE  **Quality Wholesale, Inc.**
_____

Case No. **1:15-bk-01885**

Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RING FACTORY ELEMENTARY<br>ATTN SANDRA SHEFCHECK<br>1440 EMMORTON ROAD<br>BEL AIR, MD  21014 | | | Date Claim Incurred: 12/05/2014<br>**Consideration for Claim: Sales Incentives** | | | | 810.30 |
| ACCOUNT NO.<br><br>ROBESON ELEMENTARY<br>ATTN MELODY METTHEWS<br>801 WHITE BEAR ROAD<br>BIRDSBORO, PA  19508 | | | Date Claim Incurred: 12/12/2014<br>**Consideration for Claim: Sales incentives** | | | | 635.20 |
| ACCOUNT NO.<br><br>ROBY ELEMENTARY<br>ATTN TAMMY HORNAK<br>1148 HIGHWAY 44E<br>SHEPHERDSVILLE, KY  40165 | | | Date Claim Incurred: 12/12/2014<br>**Consideration for Claim: Sales incentives** | | | | 300.00 |
| ACCOUNT NO.<br><br>ROYE-WILLIAMS ELEMENTARY<br>ATTN SARAH WATT<br>201 OAKINGTON ROAD<br>HAVRE DE GRACE, MD  21078 | | | Date Claim Incurred: 12/05/2014<br>**Consideration for Claim: Sales incentives** | | | | 55.22 |
| ACCOUNT NO.<br><br>SAYEN ELEMENTARY<br>ATTN DIANE COLLETTI<br>3333 NOTTINGHAM WAY<br>HAMILTON SQUARE, NJ  08690 | | | Date Claim Incurred: 12/19/2014<br>**Consideration for Claim: Sales incentives** | | | | 358.58 |
| ACCOUNT NO.<br><br>SHADOW ROCK ELEMENTARY<br>ATTN KIMBERLY MCKELVY<br>1040 KING WAY DRIVE<br>LITHONIA, GA  30058 | | | Date Claim Incurred: 2013-2014<br>**Consideration for Claim: 45 teacher mugs** | | | | **unknown** |
| ACCOUNT NO.<br><br>SMITH ELLIOT KEARNS COMPANY<br>19 BROOKWOOD<br>STE 101<br>CARLISLE, PA  17013 | | | Date Claim Incurred: 2013-2014<br>**Consideration for Claim: Accounting services** | | | | **6,441.00** |

Sheet no. **14** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **8,600.30**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**                                    Case No. **1:15-bk-01885**

_____                          _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SOUTH AVENUE ELEMENTARY<br>ATTN NATHALIA ROSADO<br>60 SOUTH AVENUE<br>BEACON, NY 12508 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales Incentives | | | | 67.36 |
| ACCOUNT NO.<br>SOUTH SIDE ELEMENTARY<br>ATTN LINSEY BRANDT<br>4525 UNION DEPOSIT ROAD<br>HARRISBURG, PA 17111 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 120.96 |
| ACCOUNT NO.<br>SOUTHERN FULTON ELEMENTARY<br>ATTN DONNA BEALE<br>3072 GREAT COVE RD<br>WARFORDSDBURG, PA 17267 | | | Date Claim Incurred: 11/21/2014<br>Consideration for Claim: Sales incentives | | | | 408.06 |
| ACCOUNT NO.<br>SPECTRUM RESOURCES<br>PO BOX 511216<br>NEW BERLIN, WI 53151 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Printing and mailing | | | | 7,231.36 |
| ACCOUNT NO.<br>SPRINGVILLE ELEMENTARY<br>ATTN MELISSA SHANK<br>520 HARFORD RD<br>MT. LAUREL, NJ 08054 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 178.50 |
| ACCOUNT NO.<br>ST. ELIZABETH SETON SCHOOL<br>ATTN ANNE NICOLE EASTMAN<br>2730 53RD TERRACE SW<br>NAPLES, FL 34116 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 200.00 |
| ACCOUNT NO.<br>ST. JOSEPH CATHOLIC SCHOOL<br>ATTN KRISTI SHORT<br>1326 6TH AVENUE<br>HUNTINGDON, WV 25700 | | | Date Claim Incurred: 12/05/2014<br>Consideration for Claim: Sales incentives | | | | 584.08 |

Sheet no. __15__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 8,790.32

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**          Case No. **1:15-bk-01885**
_____
      Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ST. LAWRENCE SCHOOL<br>ATTN ROSA BAGHDADY<br>505 SHELTON AVENUE<br>SHELTON, CT 06484 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 52.66 |
| ACCOUNT NO.<br><br>ST. MARTIN'S LUTHERAN SCHOOL<br>ATTN PAULA STAUDT<br>1120 SPA ROAD<br>ANNAPOLIS, MD 21403 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: 21 teacher mugs | | | | unknown |
| ACCOUNT NO.<br><br>ST. PATRICK SCHOOL<br>ATTN JOANNE CENTENERA<br>87 MARSH DRIVE<br>CARLISLE, PA 17013 | | | Date Claim Incurred; 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 133.14 |
| ACCOUNT NO.<br><br>ST. SUSANNA SCHOOL<br>ATTN LAURA MUELLER<br>500 READING RD<br>MASON, OH 45040 | | | Date Claim Incurred: 12/04/2014<br>Consideration for Claim: Sales incentives | | | | 322.20 |
| ACCOUNT NO.<br><br>ST. SYMPHOROSA SCHOOL<br>ATTN KELLY CANCHOLA<br>6125 SOUTH AUSTIN AVENUE<br>CHICAGO, IL 60638 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: 16 teacher mugs | | | | unknown |
| ACCOUNT NO.<br><br>ST. VIATOR SCHOOL<br>ATTN ALICIA ALBANO GEAS<br>4246 S EASTERN AVENUE<br>LAS VEGAS, NV 89119 | | | Date Claim Incurred: 12/11/2014<br>Consideration for Claim: Sales incentives | | | | 312.30 |
| ACCOUNT NO.<br><br>SUSQUENITA ELEMENTARY<br>ATTN ANNIE FISCHER<br>1725 SCHOOLHOUSE RD<br>DUNCANNON, PA 17020 | | | Date Claim Incurred: 12/15/2014<br>Consideration for Claim: Sales incentives | | | | 928.30 |

Sheet no. **16** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,748.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Quality Wholesale, Inc.**                                Case No. **1:15-bk-01885**
_____                      _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THE GUIDE<br>800 WEST CHURCH ROAD<br>MECHANICSBURG, PA 17055 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Advertising | | | | 6,810.00 |
| ACCOUNT NO.<br><br>THE SENTINEL<br>C/O LEE NEWSPAPERS<br>PO BOX 742548<br>CINCINNATI, OH 45274 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Advertising | | | | 1,255.00 |
| ACCOUNT NO.<br><br>TOSHIBA BUSINESS SOLUTIONS<br>3620 HORIZON DRIVE<br>STE 100<br>KING OF PRUSSIA, PA 19406 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Color printing surcharges | | | | 1,833.78 |
| ACCOUNT NO.<br><br>TOSHIBA FINANCIAL SERVICES<br>PO BOX 790448<br>ST. LOUIS, MO 63179 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Monthly lease of copier | | | | 30.12 |
| ACCOUNT NO.<br><br>TRAFALGAR ELEMENTARY<br>ATTN DANIELLE FITZSIMMONS<br>1850 SW 20TH AVENUE<br>CAPE CORAL, FL 33991 | | | Date Claim Incurred: 12/11/2014<br>Consideration for Claim: Sales incentives | | | | 889.15 |
| ACCOUNT NO.<br><br>TUCKEY MECHANICAL SERVICES<br>140 STOVER DRIVE<br>CARLISLE, PA 17013 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: HVAC repair | | | | 522.16 |
| ACCOUNT NO.<br><br>TWIN RIDGE ELEMENTARY<br>ATTN ANGIE WILLIAMS<br>1106 LEAFY HOLLOW CIRCLE<br>MT. AIRY, MD 21771 | | | Date Claim Incurred: 12/03/2014<br>Consideration for Claim: Sales incentives | | | | 200.00 |

Sheet no. **17** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,540.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**                                    Case No. **1:15-bk-01885**
_____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TWIN VALLEY ELEMENTARY<br>ATTN JANE TINSLEY<br>50 MAST DRIVE<br>ELVERSON, PA 19520 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 500.00 |
| ACCOUNT NO.<br>U.S. BALLOON MFG CO INC.<br>PO BOX 823448<br>PHILADELPHIA, PA 19182 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Purchase of Inventory | | | | 680.63 |
| ACCOUNT NO.<br>UGI UTILITIES, INC.<br>PO BOX 15523<br>WILMINGTON, DE 19886 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Gas service | | | | 2,028.42 |
| ACCOUNT NO.<br>ULINE<br>PO BOX 88741<br>CHICAGO, IL 60680 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Office supplies | | | | 150.41 |
| ACCOUNT NO.<br>UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Shipping | | | | 92,551.40 |
| ACCOUNT NO.<br>VERIZON WIRELESS<br>PO BOX 4003<br>ACWORTH, GA 30101 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Wireless telephone service | | | | 294.59 |
| ACCOUNT NO.<br>W.C. BRITT ELEMENTARY<br>ATTN RICHELLE KIRKLAND<br>2503 SKYLAND DRIVE<br>SNELLVILLE, GA 30078 | | | Date Claim Incurred: 12/17/2014<br>Consideration for Claim: Sales incentives, 44 teacher mugs, tablet | | | | unknown |

Sheet no. **18** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     $ **96,205.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.**                                    Case No. **1:15-bk-01885**
_____                          _____
                    Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WALIGA IMPORTS<br>467 ATWOOD AVE<br>JOHNSTON, RI  02919 | | | Date Claim Incurred: 2013-2014<br>Consideratio for Claim: Purchase of Inventory | | | | 10,000.00 |
| ACCOUNT NO.<br><br>WEBPAGE FX<br>1705 FRONT STREET<br>HARRISBURG, PA  17102 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Web site | | | | 1,200.00 |
| ACCOUNT NO.<br><br>WESTERN HANOVER ELEMENTARY<br>ATTN ASHLEY SHIRK<br>7740 MANOR DRIVE<br>HARRISBURG, PA  17112 | | | Date Claim Incurred: 12/06/2014<br>Consideration for Claim: 36 teacher mugs | | | | unknown |
| ACCOUNT NO.<br><br>WESTMONT HILLTOP ELEMENTARY<br>ATTN MELISSA PRIBOZIE<br>675 GOUCHER STREET<br>JOHNSTOWN, PA  15905 | | | Date Claim Incurred: 12/12/2014<br>Consideration for Claim: Sales incentives | | | | 1,019.20 |
| ACCOUNT NO.<br><br>WILLIAMS VALLEY ELEMENTARY<br>ATTN AMY KEMBLE<br>10330 ROUTE 209<br>TOWER CITY, PA  17980 | | | Date Claim Incurred: 12/13/2014<br>Consideration for Claim: Sales incentives | | | | 403.00 |
| ACCOUNT NO.<br><br>WORLD WIDE BASIX<br>PO BOX 262<br>SOUTHAMPTON, PA  18966 | | | Date Claim Incurred: 2013-2014<br>Consideration for Claim: Purchase of Inventory | | | | 33,606.76 |
| ACCOUNT NO. | | | | | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __19__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **46,228.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ **996,500.66**

IN RE **Quality Wholesale, Inc.**                                    Case No. **1:15-bk-01885**

_____
Debtor(s)                                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **ROBERT SLAGLE**<br>**KIS HOLDINGS, LLC**<br>**201 WATERFORD WAY**<br>**LEBANON, PA 17042** | **Lease of non residential real estate at 419 East High Street, Carlisle, PA 17013** |
| **LEAF FUNDING**<br>**PO BOX 644006**<br>**CINCINNATI, OH 45264-4006** | **Lease of two copiers** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Quality Wholesale, Inc.**                                        Case No. **1:15-bk-01885**
_____                                    _____
Debtor(s)                                                                   (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SUSAN L. SHEEHAN**<br>**5 HICKORY COURT**<br>**BOILING SPRINGS, PA  17007** | **SANTANDER BANK, N.A.**<br>**2 ALDWYN CENTER**<br>**EAST LANCASTER AVENUE & ALDWYN  LANE**<br>**VILLANOVA, PA  19085-1420** |
| **WILLIAM T. SHEEHAN**<br>**5 HICKORY COURT**<br>**BOILING SPRINGS, PA  17007** | **SANTANDER BANK, N.A.**<br>**2 ALDWYN CENTER**<br>**EAST LANCASTER AVENUE & ALDWYN  LANE**<br>**VILLANOVA, PA  19085-1420**<br><br>**ON DECK**<br>**901 NORTH STUART STREET**<br>**STE. 700**<br>**ARLINGTON, VA  22203**<br><br>**LENDING CLUB**<br>**71 STEVENSON STREET**<br>**STE 300**<br>**SAN FRANCISCO, CA  94105** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quality Wholesale, Inc.** _____  Case No. **1:15-bk-01885**
<div style="text-align:center">Debtor(s)</div> <div style="text-align:right">(If known)</div>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____
<div style="text-align:right">Debtor</div>

Date: _____  Signature: _____
<div style="text-align:right">(Joint Debtor, if any)</div>
<div style="text-align:right">[If joint case, both spouses must sign.]</div>

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Quality Wholesale, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ **33** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 14, 2015** _____  Signature: **_/s/ William T. Sheehan_**

<div style="text-align:center"><strong>William T. Sheehan</strong></div>
<div style="text-align:right">(Print or type name of individual signing on behalf of debtor)</div>

<div style="text-align:center"><em>[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]</em></div>

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

IN RE:                                                    Case No. **1:15-bk-01885**

**Quality Wholesale, Inc.**                              Chapter **7**

_____Debtor(s)_____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 627,548.26 | Gross income from January 1, 2015 - April 30, 2015 |
| 2,690,688.00 | Gross income 2014 |
| 2,294,983.00 | Gross income 2013 |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

*b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| ADVANCE DISPOSAL 6330 ROUTE 219 BROCKWAY, PA 15824-0000 | | 1,144.95 | 380.50 |
| AMSCAN 80 GRASSLANDS RD ELMSFORD, NY 10523-0000 | | 3,991.33 | 13,526.37 |
| C & I COLLECTIBLES 250 CLEARBROOK ROAD ELMSFORD, NY 10523-0000 | | 3,676.80 | 3,676.80 |
| CENTURYLINK PO BOX 1319 CHARLOTTE, NC 28201-0000 | | 2,559.30 | 893.65 |
| ATLANTIC CITY FUNDRAISING SHOW | | 1,950.00 | 0.00 |
| ASSOCIATED BAG CO | | 422.30 | 0.00 |
| CONSOLIDATED PAPER | | 753.10 | 0.00 |
| INTERNATIONAL GREETINGS | | 1,762.80 | 0.00 |
| MASCOT SHELLING | | 14.88 | 0.00 |
| THE MEKELBURG CO. | | 3,672.00 | 0.00 |
| FUN EXPRESS PO BOX 14463 DES MOINES, IA 50306-0000 | | 10,133.38 | 16,375.81 |
| UGI UTILITIES, INC. PO BOX 71203 PHILADELPHIA, PA 71203-0000 | | 1,060.70 | 2,028.42 |
| SMITH ELLIOT KEARNS COMPANY 19 BROOKWOOD STE 101 CARLISLE, PA 17013-0000 | | 8,909.00 | 6,441.00 |
| KIS HOLDINGS LLC 201 WATERFORD WAY LEBANON, PA 17042-0000 | | 20,000.00 | 90,000.00 |
| UPS PO BOX 7247-0244 PHILADELPHIA, PA 19170 | | 40,030.07 | 92,551.40 |
| FLORIDA DEPARTMENT OF REVENUE | | 557.23 | 0.00 |
| U.S. BALLOON MFG CO INC. PO BOX 823448 PHILADELPHIA, PA 19182-0000 | | 647.35 | 680.63 |
| THE GUIDE 800 WEST CHURCH ROAD MECHANICSBURG, PA 17055-0000 | | 1,500.00 | 6,810.00 |
| D.M. MERCHANDISING 835 N. CHURCH CT. ELMHURST, IL 60126-0000 | | 38,410.08 | 17,665.68 |
| GREAT WESTERN RESERVE 3235 MANCHESTER ROAD AKRON, OH 44319-0000 | | 35,000.00 | 148,053.67 |
| GARFIELD SALES | | 185.59 | 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| HAYES SPECIALTIES<br>1761 EAST GENESEE<br>SAGINAW, MI 48601-0000 | 1,092.00 | 1,092.00 |
| PP&L<br>2 NORTH 9TH STREET<br>RPC-GENN1<br>ALLENTOWN, PA 18101-1175 | 1,882.21 | 1,808.61 |
| STAR CITY FUNDRAISING | 553.81 | 0.00 |
| DAYTA MARKETING | 1,198.00 | 0.00 |
| HEALTH ASSURANCE PA INC.<br>PO BOX 6506<br>CAROL STREAM, IL 60197-0000 | 3,658.40 | 3,658.40 |
| JONESTOWN BANK | 1,468.94 | 0.00 |
| CONTINENTAL GENERAL | 74.16 | 0.00 |
| VERIZON WIRELESS<br>PO BOX 4003<br>ACWORTH, GA 30101-0000 | 0.00 | 0.00 |
| VERIZON WIRELESS<br>PO BOX 4003<br>ACWORTH, GA 30101-0000 | 295.89 | 294.59 |
| PTO TODAY | 2,812.00 | 0.00 |
| SUNTRUST BANK | 3,373.62 | 0.00 |
| SURBURBAN PROPANE | 138.34 | 0.00 |
| JOHN HARRIS | 205.48 | 0.00 |
| PAY PRO | 1,016.77 | 0.00 |
| CLUB'S CHOICE FUNDRAISING<br>3421 TRUAX COURT<br>EAU CLAIRE, WI 54703-0000 | 10,000.00 | 20,549.51 |
| DANATECH<br>56 MILL STREET<br>MT. HOLLY SPRINGS, PA 17065-0000 | 282.00 | 0.00 |
| PCI INSURANCE | 77.71 | 0.00 |
| WEBPAGE FX<br>1705 FRONT STREET<br>HARRISBURG, PA 17102-0000 | 400.00 | 1,200.00 |
| ROGER SMITH | 619.10 | 0.00 |
| JOY JONES<br>9730 BRAESMONT DRIVE<br>HOUSTON, TX 77096-0000 | 838.72 | 0.00 |
| DEPARTMENT OF TRANSPORTATION | 72.00 | 0.00 |
| PA DEPT OF LABOR & INDUSTRY<br>OFFICE OF UC TAX SERVICES<br>PO BOX 60848<br>HARRISBURG, PA 17106-0848 | 4,544.52 | 7,531.48 |
| FILSON WATER<br>11 ROADWAY DRIVE<br>STE A<br>CARLISLE, PA 17015-0000 | 68.85 | 134.30 |
| FEDEX SERVICES<br>PO BOX 371461<br>PITTSBURGH, PA 15250 | 100.06 | 1,043.03 |
| GTS-WELCO<br>PO BOX 38200<br>PITTSBURGH, PA 15250-0000 | 4,131.60 | 3,020.38 |
| WORLD BUSINESS LENDERS | 8,232.00 | 0.00 |
| ON DECK | 30,661.86 | 37,838.04 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

901 NORTH STUART STREET
STE. 700
ARLINGTON, VA  22203-0000

| | | |
|---|---|---|
| MONARCH INSURANCE | 261.72 | 0.00 |
| PEARL CAPITAL | 99.44 | 0.00 |
| STATE FARM INSURANCE | 4,800.15 | 0.00 |
| KIDS IMPORT<br>300 JERICHO QUADRANGLE<br>STE 240 WEST<br>JERICHO, NY  11753-0000 | 3,960.00 | 1,434.02 |
| NYGALA CORP | 2,880.00 | 0.00 |
| THE SENTINEL<br>C/O LEE NEWSPAPERS<br>PO BOX 742548<br>CINCINNATI, OH  45274-0000 | 1,686.15 | 1,255.00 |
| WORLD WIDE BASIX<br>PO BOX 262<br>SOUTHAMPTON, PA  18966-0000 | 5,172.00 | 33,606.76 |
| FIRST PENN INSURANCE | 98.30 | 0.00 |
| KLUTZ, REAMER, HAYES | 92.50 | 0.00 |
| KOLE IMPORTS | 7,887.00 | 0.00 |
| LENDING CLUB<br>71 STEVENSON STREET<br>STE 300<br>SAN FRANCISCO, CA  94105-0000 | 7,731.54 | 80,885.20 |
| BANNER LIFE INSURANCE | 300.00 | 0.00 |
| JACKSON LIFE INSURANCE | 3,949.80 | 0.00 |
| CAROLYN BOSWELL | 1,448.76 | 0.00 |
| CHERYL EWING | 1,372.79 | 0.00 |
| FUNDRAISING PROFESSIONAL | 911.15 | 0.00 |
| PENN MUTUAL INSURANCE | 300.00 | 0.00 |
| LEAF FUNDING<br>PO BOX 644006<br>CINCINNATI, OH  45264-4006 | 1,837.26 | 0.00 |
| SPECTRUM RESOURCES<br>PO BOX 511216<br>NEW BERLIN, WI  53151-0000 | 4,969.70 | 7,231.36 |
| NATIONAL IMPORTS<br>2052 AMBER DRIVE<br>SPRING HILL, TN  37174-0000 | 30,000.00 | 290,734.92 |
| SANTANDER BANK, N.A.<br>2 ALDWYN CENTER<br>EAST LANCASTER AVENUE & ALDWYN  LANE<br>VILLANOVA, PA  19085-1420 | 125,492.51 | 65,572.04 |
| CHASE MASTERCARD<br>CARDMEMBER SERVICE<br>PO BOX 15153<br>WILMINGTON, DE  19886-5153 | 3,180.00 | 31,155.48 |
| CHASE BUSINESS INK VISA<br>CARDMEMBER SERVICE<br>PO BOX 15153<br>WILMINGTON, DE  19886-5153 | 2,609.55 | 2,536.62 |
| CHASE BUSINESS MILEAGE PLUS<br>CARDMEMBER SERVICE<br>PO BOX 15153<br>WILMINGTON, DE  19886-5153 | 2,828.00 | 13,241.44 |
| TOSHIBA BUSINESS SOLUTIONS | 30.12 | 1,833.78 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

3620 HORIZON DRIVE
STE 100
KING OF PRUSSIA, PA 19406-0000

---

None [✓] *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None [ ] a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **SANTANDER BANK NA** **vs.** **QUALITY WHOLESALE INC.** **SUSAN L. SHEEHAN** **WILLIAM T. SHEEHAN** | Civil Action Law | **Court of Common Pleas of Cumberland County Pennsylvania** | **Judgment entered for Santander Bank in the amount of $65,572.04 on March 25, 2015** |

**NO. 2015-01743 CIVIL TERM**

---

None [✓] b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None [✓] List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None [✓] a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None [✓] b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None [✓] List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None [✓] List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None [ ] List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LAWRENCE G FRANK ESQ** **100 ASPEN DRIVE** **DILLSBURG, PA 17019** | 03/14/2015 | 5,350.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Howard Hinze**<br>**505 Oakwood Drive**<br>**Dover, PA  00000**<br>**Stockholder** | **04/03/2015** | **2005 Chrysler Van**<br>**$1500.00** |
| **WILLIAM T. SHEEHAN**<br>**5 HICKORY COURT**<br>**BOILING SPRINGS, PA  17007**<br>**President** | **03/18/2015** | **2003 Chrysler Van**<br>**$1000.00** |
| **FEDEX**<br>**510 Industrial Drive**<br>**Lewisberry, PA  17339**<br>**None** | **03/22/2015** | **2008 GMX Box Truck**<br>**$14,500.00** |
| **Matt Strickland**<br>**Carlisle, PA  17013**<br>**None** | **04/03/2015** | **2008 Ford F150 Plck Up Truck**<br>**$21,000.00** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **M & T BANK**<br>**1 WEST HIGH STREET**<br>**CARLISLE, PA  17013** | **Acct. # xxxxxx8446** | **$1125.02  Closed on 03/25/2015** |
| **SANTANDER BANK, N.A.**<br>**17 WEST HIGH STREET**<br>**CARLISLE, PA  17013** | **Acct. # xxxxxx0696** | **$150.87 Closed March 2015** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED
**Joel Flinchbaugh**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Smith Elliot Kearns**
**19 Brookwood Avenue**
**Carlisle, PA  17013**

**SANTANDER BANK, N.A.**                                    **August 2014**
**2 ALDWYN CENTER**
**EAST LANCASTER AVENUE & ALDWYN  LANE**
**VILLANOVA, PA  19085-1420**

**WILLIAM T. SHEEHAN**
**5 HICKORY COURT**
**BOILING SPRINGS, PA  17007**

---

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account
☑      and records, or prepared a financial statement of the debtor.

---

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☐      debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Joel Flinchbaugh**
**Smith Elliot Kearns**
**19 Brookwood Avenue**
**Carlisle, PA  17013**

**WILLIAM T. SHEEHAN**
**5 HICKORY COURT**
**BOILING SPRINGS, PA  17007**

---

None   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by
☐      the debtor within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **M & T BANK**<br>**1 WEST HIGH STREET**<br>**CARLISLE, PA  17013** | **02/2015** |
| **F & M TRUST**<br>**214A WESTMINSTER DRIVE**<br>**CARLISLE, PA  17013** | **02/2015** |
| **FIRST NATIONAL BANK**<br>**4231 TRINDLE ROAD**<br>**CAMP HILL, PA  00000** | **01/2015** |
| **MID PENN BANK**<br>**4622 CARLISLE PIKE**<br>**MECHANICSBURG, PA  17055** | **02/2015** |
| **SUSQUEHANNA BANK**<br>**5060 JONESTOWN RD**<br>**HARRISBURG, PA  00000** | **03/2015** |
| **PNC BANK**<br>**32ND STREET**<br>**1400 CAMP HILL SHOPPING MALL**<br>**CAMP HILL, PA  00000** | **02/2015** |
| **ON DECK**<br>**901 NORTH STUART STREET**<br>**STE. 700**<br>**ARLINGTON, VA  22203** | **04/2014** |
| **LENDING CLUB**<br>**71 STEVENSON STREET**<br>**STE 300**<br>**SAN FRANCISCO, CA  94105** | **04/2014** |
| **EVEREST BUSINESS FUNDING**<br>**2001 NW 107TH AVE**<br>**3RD FLOOR**<br>**MIAMI, FL  33172** | **06/2014** |
| **WORLD BUSINESS LENDING** | **07/2014** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

120 W 45TH STREET
29TH FLOOR
NEW YORK, NY 10036

YELLOWSTONE CAPITAL                    06/2014
160 PEARL STREET
5TH FLOOR
NEW YORK, NY 10005

SHIZOOM LLC                            06/2014
129 W 29TH STREET
STE 900
NEW YORK, NY 10001

PEARL CAPITAL                          08/2014
40 EXCHANGE PLACE
STE 301
NEW YORK, NY 10005

PLATINUM CAPITAL                       08/2014
1250 KIRTS BLVD
STE 100
TROY, MI 48084

MAX ADVANCE                            08/2014
4208 18TH AVENUE
BROOKLYN, NY 11218

---

**20. Inventories**

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☐ dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|  |  | (Specify cost, market, or other basis) |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | |
|  | **Inventory not conducted on a** | |
|  | **regular basis** | |

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

---

**21. Current Partners, Officers, Directors and Shareholders**

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☐ or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|  |  | OF STOCK OWNERSHIP |
| NAME AND ADDRESS | TITLE | |
| **WILLIAM T. SHEEHAN** | **President** | **97% Stock Interest** |
| **5 HICKORY COURT** | | |
| **BOILING SPRINGS, PA 17007** | | |
| | | |
| **Howard Hinze** | | **3% Stock Ownership** |
| **505 Oakwood Drive** | | |
| **Dover, PA 00000** | | |

---

**22. Former partners, officers, directors and shareholders**

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☐ bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **WILLIAM T. SHEEHAN**<br>**5 HICKORY COURT**<br>**BOILING SPRINGS, PA 17007**<br>**President** | **Salary** | **$62,750.00** |

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **May 14, 2015**                Signature: */s/ William T. Sheehan*

                                **William T. Sheehan, President**
                                <span style="float:right">Print Name and Title</span>

            [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                    **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

IN RE:                                                     Case No. **1:15-bk-01885**

**Quality Wholesale, Inc.**                               Chapter **7**

<div align="center">Debtor(s)</div>

<div align="center">

**VERIFICATION OF CREDITOR MATRIX**

</div>

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **May 14, 2015**          Signature: **/s/ William T. Sheehan**

                               **William T. Sheehan, President**                    Debtor

Date: _____          Signature: _____

                                                                   Joint Debtor, if any

# United States Bankruptcy Court
## Middle District of Pennsylvania

IN RE:                                        Case No. **1:15-bk-01885**

**Quality Wholesale, Inc.**                         Chapter **7**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    **5,350.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    **5,350.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was: ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:    ☐ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e. [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

       **May 14, 2015**                **/s/ Lawrence G. Frank**

            Date

                                        Lawrence G. Frank 15619
    Law Office of Lawrence G. Frank
    100 Aspen Drive
    Dillsburg, PA 17019-9621
    (717) 234-7455 Fax: (717) 432-9065
    lawrencegfrank@gmail.com

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only